IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re:  Douglas J. Baxter

        Debtor.

CASE NO. 16-57318
JUDGE C. Kathryn Preston
CHAPTER 13

### AFFIDAVIT OF NO SIGNIFICANT IMPROVEMENT TO REAL ESTATE

IN THE STATE OF OHIO :
: SS
COUNTY OF MADISON :

Now comes Debtor, Douglas J. Baxter, after being duly cautioned and sworn, and states as follows:

1. He is the Debtor in the above-referenced Chapter 13 Bankruptcy case.

2. There have been no significant improvements to the real estate located at 3167 Alderridge Court, Dublin, Ohio 43017, since the latest appraisal dated March 7, 2013.

_11-25-16_
Date

_Douglas J. Baxter_

Sworn to before me and subscribed in my presence by Douglas J. Baxter this _08_ day of _December_, 20~~10~~ 16.

_Notary Public_

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 12th day of December, 2016, a copy of the Affidavit of No Significant Improvement to Real Estate was served electronically on the following through the Court's ECF system at the email addresses registered with the Court

Office of the United States Trustee, ustpregion09.cb.ecf@usdoj.gov
Faye D. English, notices@ch13columbus.com
Ohio Department of Taxation, Erin.Dooley@mifsudlaw.com
PNC Bank, National Association, amps@manleydeas.com
Heartland Bank, dskrobot@fisherskrobot.com

and on the following by **ordinary U.S. Mail** addressed to:

Douglas J. Baxter
3167 Alderridge Court
Dublin, OH 43017


Respectfully submitted,

*/s/ Shannon M. Treynor*

Shannon M. Treynor, Esq. (0072813)
63 North Main Street
P.O. Box 735
London, Ohio 43140
PH: (740) 845-1889
FAX: (740) 845-2919
EMAIL: shannon.treynor@sbcglobal.net
Attorney for Debtors