## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In re:   Douglas J. Baxter,                                    CASE NO. 16-57318
                                                              JUDGE C. Kathryn Preston
                        Debtor.                               CHAPTER 13


### APPRAISAL OF REAL PROPERTY
### (3167 Alderridge Court, Dublin, Ohio 43017)

Here comes the Debtor, Douglas J. Baxter, by and through undersigned counsel, and

submits the attached as an appraisal of his real estate.


Property Address:     3167 Alderridge Court, Dublin, Ohio 43017
Property Value:       $174,200.00
Date of Valuation:    12/30/16


                                        Respectfully submitted,

                                        */s/ Shannon M. Treynor*
                                        Shannon M. Treynor, Esq. (0072813)
                                        Attorney for Debtor
                                        63 North Main Street
                                        P.O. Box 735
                                        London, Ohio 43140
                                        PH: (740) 845-1889
                                        FAX: (740) 845-2919
                                        EMAIL: shannon.treynor@sbcglobal.net

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the 30th day of December, 2016, a copy of the foregoing Appraisal was served electronically through the Court's ECF system at the email addresses registered with the Court

Office of the United States Trustee, ustpregion09.cb.ecf@usdoj.gov
Fay D. English, notices@ch13columbus.com
Heartland Bank, dskrobot@fisherskrobot.com
Ohio Department of Taxation, Erin.Dooley@mifsudlaw.com
PNC Bank, NationalAssociation, amps@manleydeas.com

and on the following by ordinary U.S. Mail addressed to:

Douglas J. Baxter
3167 Alderridge Court
Dublin, OH 43017

and on all parties listed on the attached mailing matrix.


 */s/ Shannon M. Treynor*
Shannon M. Treynor, Esq.
Attorney for Debtor

Label Matrix for local noticing
0648-2
Case 2:16-bk-57318
Southern District of Ohio
Columbus
Fri Dec 30 16:26:52 EST 2016

American InfoSource LP as agent for
Verizon
PO Box 248838
Oklahoma City, OK 73124-8838

American InfoSource as Agent
for Midland Funding LLC
P.O. Box 268941
Oklahoma City, OK 73126-8941

Asst US Trustee (Col)
Office of the US Trustee
170 North High Street
Suite 200
Columbus, OH 43215-2417

Douglas J Baxter
3167 Alderridge Court
Dublin, OH 43017-1805

Bureau of Worker's Compensation
Corporate Processing Dept.
Columbus, OH 43271-0977

Charles R. Janes, Esq.
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028

City of Columbus
City Income Tax Division
50 W. Gay Street, 4th Floor
Columbus, OH 43215-9037

City of Columbus Division of Income Tax
77 N Front St 2nd Floor
Columbus, OH 43215-1895

(p) INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Erin Marie Dooley
The Law Office of Charles Mifsud, LLC
6305 Emerald Parkway
Dublin, OH 43016-3241

Faye D. English
Chapter 13 Trustee
10 West Broad Street
Suite 900
Columbus, OH 43215-3449

(p) FIRSTMERIT BANK NA
3 CASCADE PLAZA CAS36
3RD FLOOR
AKRON OH 44308-1124

Adam Bradley Hall
Manley Deas Kochalski
P.O. Box 165028
Columbus, OH 43216-5028

Heartland Bank
850 North Hamilton Road
Gahanna, Oh 43230-1757

Heartland Bank
6887 E. Main Street
Reynoldsburg, OH 43068-2249

Huntington Bank, Successor by Merger First M
3 Cascade Plaza-Cas 38
Akron, OH 44308-1124

Jefferson Capital System LLS
P.O. Box 7999
Saint Cloud, MN 56302-7999

(p) JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Most Funding LLC
c/o Jeffereson Capital Systems LLC
P.O. Box 7999
Saint Cloud, MN 56302-7999

PNC Bank
P.O. Box 5570 BR4358-01-05
Cleveland, OH 44101-0570

PNC Bank
P.O. Box 856176
Louisville, KY 40285-6176

PNC Bank, National Association
P.O. Box 1024
Dayton, OH 45401-1024

(p) PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Premier BankCard / Charter
P.O. Box 2208
Vacaville, CA 95696-8208

Quantum3 Group LLC
P.O. Box 788
Kirkland, WA 98083-0788

RJM Acquisitions Funding LLC
575 Underhill Blvd, Ste. 224
Syosset, NY 11791-3416

Robert G. Ball
Classic Custom Carpentry
5012 Crockett Dr.
Hilliard, OH 43026-9113

David A Skrobot
471 East Broad Street
Suite 1810
Columbus, OH 43215-3863

State of Ohio Department of Taxation
Bankruptcy Division
P.O. Box 530
Columbus, OH 43216-0530

Susan E. Baxter
3167 Alderridge Court
Dublin, OH 43017-1805

Shannon M Treynot
63 North Main Street
PO Box 735
London, OH 43140-0735

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Department of the Treasury
Internal Revenue Service
550 Main Street, Room 7019
Cincinnati, OH 45202

First Merit Bank
P.O. Box 148
Akron, OH 44309

(d)Internal Revenue Service
Insolvency Group 1, Room 3525
P.O. Box 1579
Cincinnati, OH 45201

Jefferson Capital Systems, LLC
P.O. Box 23051
Columbus, GA 31902-3051

Portfolio Recovery Assoc
POB 41067
Norfolk, VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)American Infosource LP as Agent
for Verizon
P.O. Box 248838
Oklahoma City, OK 73124-8838

(u)Ohio Department of Taxation

(u)PNC Bank, National Association

End of Label Matrix
Mailable recipients    31
Bypassed recipients     3
Total                  34

**ParcelID: 590-196780-00**　　　　　　　　　　　　　　　　**Map-Rt: 590-N098EAB -140-00**
**BAXTER DOUGLAS J**　　　　　　　　　　　　　　　　　　　**3167 ALDERRIDGE CT**

| | |
|---|---|
| Owner | BAXTER DOUGLAS J |
| Owner Address | 3167 ALDERRIDGE CT |
| | DUBLIN OH 43017 |
| Legal Description | ALDERRIDGE CT |
| | RIVERSIDE GREEN S 13 |
| | LOT 543 |
| Calculated Acres | .16 |
| Legal Acres | 0 |
| Tax Bill Mailing | |

View Google Map

| | |
|---|---|
| Transfer Date | MAY-25-1999 |
| Transfer Price | $127,000 |
| Instrument Type | GW |

| | |
|---|---|
| Property Class | R - Residential |
| Land Use | 510 - ONE-FAMILY DWLG ON PLATTED LOT |
| Tax District | 590 - COLUMBUS-DUBLIN CSD |
| School District | 2513 - DUBLIN CSD |
| City/Village | COLUMBUS CITY |
| Township | |
| Appraisal Neighborhood | 02601 |
| Tax Lien | No |
| CAUV Property | No |
| Owner Occ. Credit | 2016: Yes 2017: Yes |
| Homestead Credit | 2016: No 2017: No |
| Rental Registration | No |
| Board of Revision | No |
| Zip Code | 43017 |

|  | Land | Improvements | Total |
|---|---|---|---|
| Base | 36,700 | 137,500 | 174,200 |
| TIF |  |  |  |
| Exempt |  |  |  |
| Total | 36,700 | 137,500 | 174,200 |
| CAUV | 0 |  |  |

|  | Land | Improvements | Total |
|---|---|---|---|
| Base | 12,850 | 48,130 | 60,980 |
| TIF |  |  |  |
| Exempt |  |  |  |
| Total | 12,850 | 48,130 | 60,980 |

| Net Annual Tax | Taxes Paid | CDQ |
|---|---|---|
| 4,388.02 | 0.00 |  |

| Yr Built | Tot Fin Area | Rooms | Bedrooms | Full Baths | Half Baths |
|---|---|---|---|---|---|
| 1984 | 2,036 | 8 | 4 | 2 | 1 |

| Frontage | Depth | Acres | Historic District |
|---|---|---|---|
| 60 | 120 | .1653 |  |

**ParcelID: 590-196780-00**
**BAXTER DOUGLAS J**

**Map-Rt: 590-N098EAB -140-00**
**3167 ALDERRIDGE CT**

| Year | Market Value | Taxable Value |
|------|--------------|---------------|
| 2016 | 174,200 | 60,980 |
| 2015 | 174,200 | 60,980 |
| 2014 | 174,200 | 60,980 |
| 2013 | 174,200 | 60,980 |

TAX YEAR                                    2016

| | Land | Improvements | Total |
|------|------|--------------|-------|
| Base | 36,700 | 137,500 | 174,200 |
| TIF | | | |
| Exempt | | | |
| Total | 36,700 | 137,500 | 174,200 |
| CAUV | 0 | | |

| | Land | Improvements | Total |
|------|------|--------------|-------|
| Base | 12,850 | 48,130 | 60,980 |
| TIF | | | |
| Exempt | | | |
| Total | 12,850 | 48,130 | 60,980 |