**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 16-57318 |
| Douglas J Baxter, | : | Chapter 13 |
| Debtor. | : | Judge Hoffman |

## TRUSTEE'S OBJECTION TO DEBTORS' CLAIM OF EXEMPTIONS

Now comes, Faye D. English, Chapter 13 Trustee, and files this Objection to Exemptions pursuant to Fed. Rule Bankr. Procedure 4003 for the reasons set forth below:

Debtors' Schedule B identifies an ownership interest held by Mr. Baxter in a 2005 Chevrolet Silverado and a 2005 Jeep Liberty (Document #1, page 11). Debtors' Schedule C claims an exemption of $3,675.00 under O.R.C. §2329.66(A)(2) in the 2005 Chevrolet Silverado and claims an exemption of $100.00 under O.R.C. §2329.66(A)(2) in the 2005 Jeep Liberty (Document #1, page 17).

Trustee acknowledges that O.R.C. §2329.66(A)(2) provides for an exemption for one motor vehicle up to $3,775.00 per debtor. However, Mr. Baxter has applied the exemption to two motor vehicles.

WHEREFORE, Trustee respectfully requests that the Objection should be sustained and Debtors' claimed exemptions under O.R.C. § 2329.66(A)(2) in both vehicles be disallowed in their entirety.

Respectfully submitted,

/s/ Faye D. English
Faye D. English (0075557)
Chapter 13 Trustee
10 W. Broad Street, Suite 900
Columbus, Ohio 43215
614-420-2555
614-420-2550 fax
faye.english@ch13columbus.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 16-57318 |
| Douglas J Baxter, | : | Chapter 13 |
| Debtor. | : | Judge Hoffman |

## NOTICE OF OBJECTION TO CLAIMED EXEMPTIONS

Faye D. English, Chapter 13 Trustee, has filed an objection to the exemption(s) claimed by Debtor(s).

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to sustain the objection to exemption(s), then within **twenty one (21) days** from the service date of the objection, you or your attorney must file with the Court a written response explaining your position at:

U.S. Bankruptcy Court
170 N. High Street
Columbus, OH 43215

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the deadline stated above. You must also mail a copy to all parties required to be served pursuant to the Federal and Local Rules of Bankruptcy Procedure, including the Chapter 13 Trustee at:

Faye D. English, Chapter 13 Trustee
10 W. Broad Street, Suite 900
Columbus, OH 43215

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the objection and may enter an order granting the relief requested.**

3

Date:   January 27, 2017                  /s/ Faye D. English
                                                Faye D. English  (0075557)
                                                Chapter 13 Trustee
                                                10 West Broad Street, Suite 900
                                                Columbus, OH 43215
                                                (614) 420-2555 telephone
                                                (614) 420-2550 facsimile
                                                faye.english@ch13columbus.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing Objection to Claimed Exemption and Notice of Opportunity to Object was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **ordinary U.S. Mail** on January 27, 2017 addressed to:

Douglas J Baxter 3167 Alderridge Court Dublin Ohio 43017

                                        /s/ Faye D. English
                                        Faye D. English (0075557)
                                        Standing Chapter 13 Trustee