**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| In re:   Douglas J. Baxter, | CASE NO. 16-57318 |
| | JUDGE C. Kathryn Preston |
| Debtor. | CHAPTER 13 |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 7th day of April, 2017, copies of Amended Schedules A/B and C, were served electronically on the following through the Court's ECF system at the email addresses registered with the Court:

Office of the United States Trustee, ustpregion09.cb.ecf@usdoj.gov
Faye D. English, notices@ch13columbus.com
Heartland Bank, mkunsman@fisherskrobot.com
Ohio Department of Taxation, Erin.Dooley@mifsudlaw.com
PNC Bank, National Association, amps@manleydeas.com

and on the following by ordinary U.S. Mail addressed to:

| | |
|---|---|
| Douglas J. Baxter | Synchrony Bank |
| 3167 Alderridge Court | c/o PRA Receivables Management, LLC |
| Dublin, OH 43017 | P.O. Box 41021 |
| | Norfolk, VA 23541 |

and on all parties listed on the attached mailing matrix.

Respectfully submitted,

*/s/ Shannon M. Treynor*

Shannon M. Treynor, Esq. (0072813)
63 North Main Street
P.O. Box 735
London, Ohio 43140
PH: (740) 845-1889
FAX: (740) 845-2919
EMAIL: shannon.treynor@sbcglobal.net
Attorney for Debtor

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Douglas J Baxter** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO COLUMBUS |
| Case number | 2:16-bk-57318 |

■ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property   12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ■ Yes. Where is the property?

1.1
**3167 Alderridge Court**
Street address, if available, or other description

**Dublin**    **OH**    **43017-0000**
City    State    ZIP Code

**Franklin**
County

**What is the property?** Check all that apply
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**    **Current value of the portion you own?**
$174,200.00    $174,200.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Fee simple**

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................=>**    **$174,200.00**

**Part 2:  Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

Debtor 1    **Douglas J Baxter**    Case number *(if known)* **2:16-bk-57318**

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ■ Yes

   | 3.1 | Make: **Chevrolet** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |
   |---|---|---|---|

   3.1  Make: **Chevrolet**
        Model: **Silverado**
        Year: **2005**
        Approximate mileage: **200,000**
        Other information:
        Location: 3167 Alderridge Court, Dublin OH 43017

   ■ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ Check if this is community property (see instructions)

   **Current value of the entire property?** $1,945.00
   **Current value of the portion you own?** $1,945.00

   3.2  Make:
        Model:
        Year:
        Approximate mileage:
        Other information:
        Horse trailer
        Location: 3167 Alderridge Court, Dublin OH 43017
        No title, tags only

   ■ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ Check if this is community property (see instructions)

   **Current value of the entire property?** $500.00
   **Current value of the portion you own?** $500.00

   3.3  Make: **Jeep**
        Model: **Liberty**
        Year: **2005**
        Approximate mileage: **165000**
        Other information:
        Location: 3167 Alderridge Court, Dublin OH 43017

   ■ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ Check if this is community property (see instructions)

   **Current value of the entire property?** $2,120.00
   **Current value of the portion you own?** $2,120.00

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................=>  **$4,565.00**

**Part 3:** Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   Household furniture
   Location: 3167 Alderridge Court, Dublin OH 43017     **$2,500.00**

| Debtor 1 | Douglas J Baxter | Case number *(if known)* | 2:16-bk-57318 |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

   | **TV/Cell phone/Computer** | $200.00 |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes. Describe.....

   | **2 shotguns, 45mm, 22 calib.** | $500.00 |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

    | **Personal clothing**<br>**Location: 3167 Alderridge Court, Dublin OH 43017** | $100.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

    | **Wedding ring**<br>**Location: 3167 Alderridge Court, Dublin OH 43017** | $100.00 |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes. Describe.....

    | **2 pet dogs**<br>**Location: 3167 Alderridge Court, Dublin OH 43017** | $0.00 |

    | **12 year old horse**<br>**Location: 3167 Alderridge Court, Dublin OH 43017** | $300.00 |

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

Debtor 1    **Douglas J Baxter**    Case number *(if known)*    **2:16-bk-57318**

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ..............................................................................    **$3,700.00**

**Part 4: Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?    **Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes..............................................................................................

    **Cash on hand, per Baxter Built, LLC, Balance Sheet 12/31/16 Location: 3167 Alderridge Court, Dublin OH 43017**    **$200.00**

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes.......................    Institution name:

    17.1.    **Business Checking per Baxter Built, LLC, Balance Sheet 12/31/16**    **Chase Bank**    **$800.00**

    17.2.    **Checking/Savings**    **Pathways Financial Credit Union**    **$80.00**

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes..................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes.  Give specific information about them....................
    Name of entity:    % of ownership:

    **Baxter Built, LLC Location: 3167 Alderridge Court, Dublin OH 43017**    **100 per cent** %    **$0.00**

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
    Type of account:              Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .....................              Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............   Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............   Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
    Company name:              Beneficiary:              Surrender or refund value:

| Debtor 1 | **Douglas J Baxter** | Case number *(if known)* | **2:16-bk-57318** |
|---|---|---|---|

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................**     $1,080.00

**Part 5:  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☐ No. Go to Part 6.
    ■ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
    ☐ No
    ■ Yes. Describe.....

| | |
|---|---|
| **Business Receivables per Baxter Built, LLC, Balance Sheet 12/31/16** | $2,400.00 |

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
    ■ No
    ☐ Yes. Describe.....

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
    ☐ No
    ■ Yes. Describe.....

| | |
|---|---|
| **Hand tools - household use**<br>**Location: 3167 Alderridge Court, Dublin OH 43017** | $500.00 |

| | |
|---|---|
| **Work tools for carpenter per Baxter Built, LLC, Balance Sheet 12/31/16**<br>**Location: 3167 Alderridge Court, Dublin OH 43017**<br>**Table saws, joiner, vaccuum system, air compressor/compressed tools** | $5,097.00 |

41. **Inventory**
    ■ No
    ☐ Yes. Describe.....

42. **Interests in partnerships or joint ventures**
    ■ No
    ☐ Yes. Give specific information about them...................
          Name of entity:                                           % of ownership:

43. **Customer lists, mailing lists, or other compilations**
    ■ No.
    ☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
        ■ No
        ☐ Yes. Describe.....

44. **Any business-related property you did not already list**
    ■ No
    ☐ Yes. Give specific information.........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.........................................................................................................**    **$7,997.00**

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................    **$0.00**

**Part 8:** List the Totals of Each Part of this Form

| | | | |
|---|---|---|---|
| 55. **Part 1: Total real estate, line 2** .................................................................................................... | | | **$174,200.00** |
| 56. **Part 2: Total vehicles, line 5** | **$4,565.00** | | |
| 57. **Part 3: Total personal and household items, line 15** | **$3,700.00** | | |
| 58. **Part 4: Total financial assets, line 36** | **$1,080.00** | | |
| 59. **Part 5: Total business-related property, line 45** | **$7,997.00** | | |
| 60. **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | | |
| 61. **Part 7: Total other property not listed, line 54**  + | **$0.00** | | |
| 62. **Total personal property.** Add lines 56 through 61... | **$17,342.00** | Copy personal property total | **$17,342.00** |
| 63. **Total of all property on Schedule A/B**. Add line 55 + line 62 | | | **$191,542.00** |

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Douglas J Baxter** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF OHIO COLUMBUS | |
| Case number (if known) | 2:16-bk-57318 | |

■ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt                                                                4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:    Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **3167 Alderridge Court Dublin, OH 43017  Franklin County**<br>Line from *Schedule A/B*: **1.1** | $174,200.00 | ■ $136,925.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ohio Rev. Code Ann. § 2329.66(A)(1)** |
| **2005 Chevrolet Silverado 200,000 miles**<br>Location: 3167 Alderridge Court, Dublin OH 43017<br>Line from *Schedule A/B*: **3.1** | $1,945.00 | ■ $3,775.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ohio Rev. Code Ann. § 2329.66(A)(2)** |
| **2005 Jeep Liberty 165000 miles**<br>Location: 3167 Alderridge Court, Dublin OH 43017<br>Line from *Schedule A/B*: **3.3** | $2,120.00 | ■ $1,250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ohio Rev. Code Ann. § 2329.66(A)(18)** |
| **Household furniture**<br>Location: 3167 Alderridge Court, Dublin OH 43017<br>Line from *Schedule A/B*: **6.1** | $2,500.00 | ■ $2,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ohio Rev. Code Ann. § 2329.66(A)(4)(a)** |
| **TV/Cell phone/Computer**<br>Line from *Schedule A/B*: **7.1** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ohio Rev. Code Ann. § 2329.66(A)(4)(a)** |

| Debtor 1 | **Douglas J Baxter** | | Case number (if known) | **2:16-bk-57318** |
|---|---|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Personal clothing**<br>Location: 3167 Alderridge Court, Dublin OH 43017<br>Line from *Schedule A/B*: **11.1** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | | **Ohio Rev. Code Ann. § 2329.66(A)(4)(a)** |
| **Wedding ring**<br>Location: 3167 Alderridge Court, Dublin OH 43017<br>Line from *Schedule A/B*: **12.1** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | | **Ohio Rev. Code Ann. § 2329.66(A)(4)(b)** |
| **Cash on hand, per Baxter Built, LLC, Balance Sheet 12/31/16**<br>Location: 3167 Alderridge Court, Dublin OH 43017<br>Line from *Schedule A/B*: **16.1** | $200.00 | ■ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | | **Ohio Rev. Code Ann. § 2329.66(A)(3)** |
| **Business Checking per Baxter Built, LLC, Balance Sheet 12/31/16: Chase Bank**<br>Line from *Schedule A/B*: **17.1** | $800.00 | ■ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | | **Ohio Rev. Code Ann. § 2329.66(A)(3)** |
| **Checking/Savings: Pathways Financial Credit Union**<br>Line from *Schedule A/B*: **17.2** | $80.00 | ■ $55.00<br>☐ 100% of fair market value, up to any applicable statutory limit | | **Ohio Rev. Code Ann. § 2329.66(A)(3)** |
| **Business Receivables per Baxter Built, LLC, Balance Sheet 12/31/16**<br>Line from *Schedule A/B*: **38.1** | $2,400.00 | ■ $2,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | | **Ohio Rev. Code Ann. § 2329.66(A)(13)** |
| **Hand tools - household use**<br>Location: 3167 Alderridge Court, Dublin OH 43017<br>Line from *Schedule A/B*: **40.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | | **Ohio Rev. Code Ann. § 2329.66(A)(4)(a)** |
| **Work tools for carpenter per Baxter Built, LLC, Balance Sheet 12/31/16**<br>Location: 3167 Alderridge Court, Dublin OH 43017<br>**Table saws, joiner, vaccuum system, air compressor/compressed tools**<br>Line from *Schedule A/B*: **40.2** | $5,097.00 | ■ $2,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | | **Ohio Rev. Code Ann. § 2329.66(A)(5)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

```
Label Matrix for local noticing          American InfoSource LP as agent for      American InfoSource as Agent
0648-2                                    Verizon                                 for Midland Funding LLC
Case 2:16-bk-57318                        PO Box 248838                           P.O. Box 268941
Southern District of Ohio                 Oklahoma City, OK 73124-8838            Oklahoma City, OK 73126-8941
Columbus
Fri Dec 30 16:26:52 EST 2016

Asst US Trustee (Col)                     Douglas J Baxter                        Bureau of Worker's Compensation
Office of the US Trustee                  3167 Alderridge Court                   Corporate Processing Dept.
170 North High Street                     Dublin, OH 43017-1805                   Columbus, OH 43271-0977
Suite 200
Columbus, OH 43215-2417

Charles R. Janes, Esq.                    City of Columbus                        City of Columbus Division of Income Tax
Manley Deas Kochalski LLC                 City Income Tax Division                77 N Front St 2nd Floor
P.O. Box 165028                           50 W. Gay Street, 4th Floor             Columbus, OH 43215-1895
Columbus, OH 43216-5028                   Columbus, OH 43215-9037

(p)INTERNAL REVENUE SERVICE               Erin Marie Dooley                       Faye D. English
CENTRALIZED INSOLVENCY OPERATIONS         The Law Office of Charles Mifsud, LLC   Chapter 13 Trustee
PO BOX 7346                               6305 Emerald Parkway                    10 West Broad Street
PHILADELPHIA PA 19101-7346                Dublin, OH 43016-3241                   Suite 900
                                                                                  Columbus, OH 43215-3449

(p)FIRSTMERIT BANK NA                     Adam Bradley Hall                       Heartland Bank
3 CASCADE PLAZA CAS36                     Manley Deas Kochalski                   850 North Hamilton Road
3RD FLOOR                                 P.O. Box 165028                         Gahanna, Oh 43230-1757
AKRON OH 44308-1124                       Columbus, OH 43216-5028

Heartland Bank                            Huntington Bank, Successor by Merger First M   Jefferson Capital System LLS
6887 E. Main Street                       3 Cascade Plaza-Cas 38                         P.O. Box 7999
Reynoldsburg, OH 43068-2249               Akron, OH 44308-1124                           Saint Cloud, MN 56302-7999

(p)JEFFERSON CAPITAL SYSTEMS LLC          Most Funding LLC                        PNC Bank
PO BOX 7999                               c/o Jeffereson Capital Systems LLC      P.O. Box 5570 BR4358-01-05
SAINT CLOUD MN 56302-7999                 P.O. Box 7999                           Cleveland, OH 44101-0570
                                          Saint Cloud, MN 56302-7999

PNC Bank                                  PNC Bank, National Association          (p)PORTFOLIO RECOVERY ASSOCIATES LLC
P.O. Box 856176                           P.O. Box 1024                           PO BOX 41067
Louisville, KY 40285-6176                 Dayton, OH 45401-1024                   NORFOLK VA 23541-1067

Premier BankCard / Charter                Quantum3 Group LLC                      RJM Acquisitions Funding LLC
P.O. Box 2208                             P.O. Box 788                            575 Underhill Blvd, Ste. 224
Vacaville, CA 95696-8208                  Kirkland, WA 98083-0788                 Syosset, NY 11791-3416

Robert G. Ball                            David A Skrobot                         State of Ohio Department of Taxation
Classic Custom Carpentry                  471 East Broad Street                   Bankruptcy Division
5012 Crockett Dr.                         Suite 1810                              P.O. Box 530
Hilliard, OH 43026-9113                   Columbus, OH 43215-3863                 Columbus, OH 43216-0530
```

Susan E. Baxter
3167 Alderridge Court
Dublin, OH 43017-1805

Shannon M Treynor
63 North Main Street
PO Box 735
London, OH 43140-0735

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Department of the Treasury
Internal Revenue Service
550 Main Street, Room 7019
Cincinnati, OH 45202

First Merit Bank
P.O. Box 148
Akron, OH 44309

(d)Internal Revenue Service
Insolvency Group 1, Room 3525
P.O. Box 1579
Cincinnati, OH 45201

Jefferson Capital Systems, LLC
P.O. Box 23051
Columbus, GA 31902-3051

Portfolio Recovery Assoc
POB 41067
Norfolk, VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)American Infosource LP as Agent
for Verizon
P.O. Box 248838
Oklahoma City, OK 73124-8838

(u)Ohio Department of Taxation

(u)PNC Bank, National Association

End of Label Matrix
Mailable recipients    31
Bypassed recipients     3
Total                  34