**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

In re:   Douglas J. Baxter,                                     Case No. 16-57318
       Debtor                                                 Judge John E. Hoffman, Jr.
                                                                Chapter 13

OBJECTION TO CLAIM NO. 6
AS FILED BY PNC BANK, NATIONAL ASSOCIATION

      Here comes the Debtor, Douglas J. Baxter, by and through undersigned counsel, and notifies this Court of his objection to Claim No. 6 filed by PNC Bank, National Association,, Attn: Bankruptcy Dept., 3232 Newmark Drive, Miamisburg, Ohio 45342 on March 28, 2017.

      The Proof of Claim contains a line item for "projected escrow shortage" in the amount of $2,919.60 which appears to be accounted for in the "prorated escrow shortage" line item contained in the "Notice of Mortgage Payment Change" filed by this same creditor as Document No. 44, on April 4, 2017.  To that end, maintaining the "projected escrow shortage" in both the Proof of Claim and the Notice of Mortgage Payment Change would result in a double recovery in that amount by the Claimant. Furthermore, the "Notice of Mortgage Payment Change" indicates that the Debtor's escrow account has a surplus balance of $3,975.73.

      Accordingly, the debtor is seeking an Order MODIFYING the Proof of Claim to the adjusted amount of $26,370.56 for mortgage arrears.

                                             Respectfully submitted,

                                             */s/ Shannon M. Treynor*

                                             _____
                                             Shannon M. Treynor, Esq. (0072813)
                                             63 North Main Street, P.O. Box 735
                                             London, Ohio 43140
                                             (740) 845-1889 / (740) 845-2919 FAX
                                             www.treynorlaw.com
                                             Attorney for Debtor

NOTICE OF OBJECTION TO CLAIM

      Douglas J. Baxter, through his counsel, Shannon M. Treynor has filed an objection to your claim in this bankruptcy case. Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If you do not want the court to reduce, modify or eliminate your claim, then on or before thirty (30) days from the date set forth in the certificate of service for the objection to claim, you must file with the court a response explaining your position by mailing your response by regular U.S. Mail to

U.S. Bankruptcy Clerk<br>
170 North High Street<br>
Columbus, Ohio 43215

OR your attorney must file a response using the court's ECF System.  The court must receive your response on or before the above date. You must also send a copy of your response either by 1) the court's ECF System or by 2) regular U.S. Mail to

| | |
|---|---|
| Douglas J. Baxter | Chapter 13 Trustee, Faye D. English |
| 3167 Alderridge Court | 10 West Broad Street, Suite 900 |
| Dublin, Ohio 43017-1805 | Columbus, OH 43215 |
| | |
| Shannon M. Treynor, Esq. | Office of the United State Trustee |
| P.O. Box 735 | 170 N. High Street, Ste. 200 |
| London, Ohio 43140 | Columbus, Ohio 43215 |

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to claim and may enter an order reducing, modifying, or eliminating your claim without further notice or hearing.

CERTIFICATE OF SERVICE

     I hereby certify that on April 7, 2017, a copy of the Objection to Claim No. as filed by PNC Bank, National Association were served on the following registered ECF participants, electronically through the court's ECF System at the email address registered with the court:

Office of the the United States Trustee, ustpregion09.cb.ecf@usdoj.gov
Ohio Department of Taxation, c/o Erin Marie Dooley, Erin.Dooley@mifsudlaw.com, brian.gianangeli@mifsudlaw.com; erin@emdooley.com
Faye D. English, notices@ch13columbus.com
PNC Bank, National Association, c/o Adam Bradley Hall, amps@manleydeas.com
Heartland Bank, c/o David A Skrobot, dskrobot@fisherskrobot.com
Douglas J. Baxter, c/o Shannon M Treynor, shannon.treynor@sbcglobal.net, renee@treynorlaw.com

and on the following by ordinary U.S. Mail addressed to:

| | |
|---|---|
| PNC Bank, National Association | Douglas J. Baxter |
| PNC Mortgage, a division of PNC Bank, N.A. | 3167 Alderridge Court |
| Attn: Bankruptcy Dept. | Dublin, Ohio 43017 |
| 3232 Newmark Drive | |
| Miamisburg, Ohio 45342 | |

                                                */s/ Shannon M. Treynor*

                                                _____

                                                Shannon M. Treynor, Esq.  (0072813)