**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| In re:   Douglas J. Baxter, | CASE NO. 16-57318 |
| | JUDGE C. Kathryn Preston |
| Debtor. | CHAPTER 13 |

**CERTIFICATE OF SERVICE
OF AMENDED SCHEDULE C**

The undersigned hereby certifies that on the 10th day of May, 2017, a copy of Amended Schedule C was served electronically on the following through the Court's ECF system at the email addresses registered with the Court

Office of the United States Trustee, ustpregion09.cb.ecf@usdoj.gov
Faye D. English, notices@ch13columbus.com
Ohio Department of Taxation, Erin.Dooley@mifsudlaw.com
PNC Bank, National Association, amps@manleydeas.com
Heartland Bank, dskrobot@fisherskrobot.com; mkunsman@fisherskrobot.com

and on the following **by ordinary U.S. mail** addressed to:

| | |
|---|---|
| Synchrony Bank | Douglas J. Baxter |
| c/o PRA Receivables Management, LLC | 3167 Alderridge Court |
| P.O. Box 41021 | Dublin, OH 43017 |
| Norfolk, VA 23541 | |

and on all parties listed on the attached mailing matrix.

Respectfully submitted,

*/s/ Shannon M. Treynor*

Shannon M. Treynor, Esq. (0072813)
63 North Main Street
P.O. Box 735
London, Ohio 43140
PH: (740) 845-1889
FAX: (740) 845-2919
EMAIL: shannon.treynor@sbcglobal.net
Attorney for Debtor

5/01/17 1:05PM

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Douglas J Baxter** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF OHIO COLUMBUS

Case number  2:16-bk-57318
(if known)

■ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt                              4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:    Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **3167 Alderridge Court Dublin, OH 43017  Franklin County**<br>Line from *Schedule A/B*: **1.1** | $174,200.00 | ■ $136,925.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ohio Rev. Code Ann. § 2329.66(A)(1)** |
| **2005 Chevrolet Silverado 200,000 miles**<br>Location: 3167 Alderridge Court, Dublin OH 43017<br>Line from *Schedule A/B*: **3.1** | $1,945.00 | ■ $3,775.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ohio Rev. Code Ann. § 2329.66(A)(2)** |
| **2005 Jeep Liberty 165000 miles**<br>Location: 3167 Alderridge Court, Dublin OH 43017<br>Line from *Schedule A/B*: **3.3** | $2,120.00 | ■ $1,250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ohio Rev. Code Ann. § 2329.66(A)(18)** |
| **Household furniture**<br>Location: 3167 Alderridge Court, Dublin OH 43017<br>Line from *Schedule A/B*: **6.1** | $2,500.00 | ■ $2,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ohio Rev. Code Ann. § 2329.66(A)(4)(a)** |
| **TV/Cell phone/Computer**<br>Line from *Schedule A/B*: **7.1** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ohio Rev. Code Ann. § 2329.66(A)(4)(a)** |

5/01/17 1:05PM

| Debtor 1 | **Douglas J Baxter** | | Case number (if known) | **2:16-bk-57318** |
|---|---|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Personal clothing**<br>Location: 3167 Alderridge Court, Dublin OH 43017<br>Line from *Schedule A/B*: **11.1** | $100.00 | ■ | $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ohio Rev. Code Ann. § 2329.66(A)(4)(a)** |
| **Wedding ring**<br>Location: 3167 Alderridge Court, Dublin OH 43017<br>Line from *Schedule A/B*: **12.1** | $100.00 | ■ | $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ohio Rev. Code Ann. § 2329.66(A)(4)(b)** |
| **Cash on hand, per Baxter Built, LLC, Balance Sheet 12/31/16**<br>Location: 3167 Alderridge Court, Dublin OH 43017<br>Line from *Schedule A/B*: **16.1** | $200.00 | ■ | $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ohio Rev. Code Ann. § 2329.66(A)(3)** |
| **Business Checking per Baxter Built, LLC, Balance Sheet 12/31/16: Chase Bank**<br>Line from *Schedule A/B*: **17.1** | $800.00 | ■ | $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ohio Rev. Code Ann. § 2329.66(A)(3)** |
| **Checking/Savings: Pathways Financial Credit Union**<br>Line from *Schedule A/B*: **17.2** | $80.00 | ■ | $55.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ohio Rev. Code Ann. § 2329.66(A)(3)** |
| **Business Receivables per Baxter Built, LLC, Balance Sheet 12/31/16**<br>Line from *Schedule A/B*: **38.1** | $2,400.00 | ■ | $1,800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ohio Rev. Code Ann. § 2329.66(A)(13)** |
| **Hand tools - household use**<br>Location: 3167 Alderridge Court, Dublin OH 43017<br>Line from *Schedule A/B*: **40.1** | $500.00 | ■ | $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ohio Rev. Code Ann. § 2329.66(A)(4)(a)** |
| **Work tools for carpenter per Baxter Built, LLC, Balance Sheet 12/31/16**<br>Location: 3167 Alderridge Court, Dublin OH 43017<br>Table saws, joiner, vaccuum system, air compressor/compressed tools<br>Line from *Schedule A/B*: **40.2** | $5,097.00 | ■ | $2,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ohio Rev. Code Ann. § 2329.66(A)(5)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

```
Label Matrix for local noticing          American InfoSource LP as agent for      American InfoSource as Agent
0648-2                                   Verizon                                   for Midland Funding LLC
Case 2:16-bk-57318                       PO Box 248838                             P.O. Box 268941
Southern District of Ohio                Oklahoma City, OK 73124-8838              Oklahoma City, OK 73126-8941
Columbus
Fri Dec 30 16:26:52 EST 2016

Asst US Trustee (Col)                    Douglas J Baxter                          Bureau of Worker's Compensation
Office of the US Trustee                 3167 Alderridge Court                     Corporate Processing Dept.
170 North High Street                    Dublin, OH 43017-1805                     Columbus, OH 43271-0977
Suite 200
Columbus, OH 43215-2417


Charles R. Janes, Esq.                   City of Columbus                          City of Columbus Division of Income Tax
Manley Deas Kochalski LLC                City Income Tax Division                  77 N Front St 2nd Floor
P.O. Box 165028                          50 W. Gay Street, 4th Floor               Columbus, OH 43215-1895
Columbus, OH 43216-5028                  Columbus, OH 43215-9037


(p)INTERNAL REVENUE SERVICE              Erin Marie Dooley                         Faye D. English
CENTRALIZED INSOLVENCY OPERATIONS        The Law Office of Charles Mifsud, LLC     Chapter 13 Trustee
PO BOX 7346                              6305 Emerald Parkway                      10 West Broad Street
PHILADELPHIA PA 19101-7346               Dublin, OH 43016-3241                     Suite 900
                                                                                   Columbus, OH 43215-3449


(p)FIRSTMERIT BANK NA                    Adam Bradley Hall                         Heartland Bank
3 CASCADE PLAZA CAS36                    Manley Deas Kochalski                     850 North Hamilton Road
3RD FLOOR                                P.O. Box 165028                           Gahanna, Oh 43230-1757
AKRON OH 44308-1124                      Columbus, OH 43216-5028


Heartland Bank                           Huntington Bank, Successor by Merger First M    Jefferson Capital System LLS
6887 E. Main Street                      3 Cascade Plaza-Cas 38                    P.O. Box 7999
Reynoldsburg, OH 43068-2249              Akron, OH 44308-1124                      Saint Cloud, MN 56302-7999


(p)JEFFERSON CAPITAL SYSTEMS LLC         Most Funding LLC                          PNC Bank
PO BOX 7999                              c/o Jeffereson Capital Systems LLC        P.O. Box 5570 BR4358-01-05
SAINT CLOUD MN 56302-7999                P.O. Box 7999                             Cleveland, OH 44101-0570
                                         Saint Cloud, MN 56302-7999


PNC Bank                                 PNC Bank, National Association            (p)PORTFOLIO RECOVERY ASSOCIATES LLC
P.O. Box 856176                          P.O. Box 1024                             PO BOX 41067
Louisville, KY 40285-6176                Dayton, OH 45401-1024                     NORFOLK VA 23541-1067


Premier BankCard / Charter               Quantum3 Group LLC                        RJM Acquisitions Funding LLC
P.O. Box 2208                            P.O. Box 788                              575 Underhill Blvd, Ste. 224
Vacaville, CA 95696-8208                 Kirkland, WA 98083-0788                   Syosset, NY 11791-3416


Robert G. Ball                           David A Skrobot                           State of Ohio Department of Taxation
Classic Custom Carpentry                 471 East Broad Street                     Bankruptcy Division
5012 Crockett Dr.                        Suite 1810                                P.O. Box 530
Hilliard, OH 43026-9113                  Columbus, OH 43215-3863                   Columbus, OH 43216-0530
```

Susan E. Baxter
3167 Alderridge Court
Dublin, OH 43017-1805

Shannon M Treynor
63 North Main Street
PO Box 735
London, OH 43140-0735

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Department of the Treasury
Internal Revenue Service
550 Main Street, Room 7019
Cincinnati, OH 45202

First Merit Bank
P.O. Box 148
Akron, OH 44309

(d)Internal Revenue Service
Insolvency Group 1, Room 3525
P.O. Box 1579
Cincinnati, OH 45201

Jefferson Capital Systems, LLC
P.O. Box 23051
Columbus, GA 31902-3051

Portfolio Recovery Assoc
POB 41067
Norfolk, VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)American Infosource LP as Agent
for Verizon
P.O. Box 248838
Oklahoma City, OK 73124-8838

(u)Ohio Department of Taxation

(u)PNC Bank, National Association

End of Label Matrix
Mailable recipients    31
Bypassed recipients     3
Total                  34