**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

In re:   Douglas J. Baxter,                                  Case No. 16-57318
        Debtor                                                  Judge John E. Hoffman, Jr.
                                                                                     Chapter 13

<em>AMENDED</em> NOTICE OF MOTION/OBJECTION<br>
PURSUANT TO LOCAL RULE 9013-1

      Douglas J. Baxter has filed papers with the court proposing a Fourth Amended Chapter 13 Plan under BAPCPA. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If you do not want the court to grant the relief sought in the motion/objection, then on or before twenty-one (21) days from the date set forth in the certificate of service for the motion/objection, you must file with the court a response explaining your position by mailing your response by regular U.S. Mail to

U.S. Bankruptcy Clerk<br>
170 N. High Street<br>
Columbus, Ohio 43215

OR your attorney must file a response using the court's ECF System. The court must receive your response on or before the above date. You must also send a copy of your response either by 1) the court's ECF System or by 2) regular U.S. Mail to:

| | |
|---|---|
| Douglas J. Baxter<br>3167 Alderridge Court<br>Dublin, Ohio 43017 | Office of the United States Trustee<br>170 N. High Street, Ste. 200<br>Columbus, Ohio 43215<br>ustpregion09.cb.ecf@usdoj.gov |
| Shannon M. Treynor, Esq.<br>P.O. Box 735<br>London, Ohio 43140<br>shannon.treynor@sbcglobal.net | Faye D. English, Trustee<br>10 West Broad St., Ste. 900<br>Columbus, Ohio 43215<br>notices@ch13columbus.com |

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion/objection and may enter an order granting that relief without further hearing or notice.

## CERTIFICATE OF SERVICE

      I hereby certify that on June 22, 2017, a copy of the Debtor's Fourth Amended Chapter 13 Plan was served on the following registered ECF participants, electronically through the court's ECF System at the email address registered with the court:

Office of the the United States Trustee, ustpregion09.cb.ecf@usdoj.gov
Ohio Department of Taxation, c/o Erin Marie Dooley, Erin.Dooley@mifsudlaw.com, brian.gianangeli@mifsudlaw.com; erin@emdooley.com
Faye D. English, notices@ch13columbus.com
PNC Bank, National Association, c/o Adam Bradley Hall, amps@manleydeas.com
Heartland Bank, c/o David A Skrobot, dskrobot@fisherskrobot.com
Douglas J. Baxter, c/o Shannon M Treynor, shannon.treynor@sbcglobal.net, renee@treynorlaw.com
Synchrony Bank, c/o PRA Receivables Mgt., claims@recoverycorp.com

and on the following by ordinary U.S. Mail addressed to:

Douglas J. Baxter
3167 Alderridge Court
Dublin, Ohio 43017

                                            */s/ Shannon M. Treynor*

                                            Shannon M. Treynor, Esq.  (0072813)